UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>             Plaintiff              )<br>                                                      )<br>                                                      )<br>vs.                                                )<br>                                                      )<br>Marisa Dalilah Torres     )<br>             Defendant(s)       )<br>_____ ) | CRIMINAL NO. 08CR1716-LAB<br><br>ORDER 08MJ8408<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 885 042 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Jose Alberto Hernandez-Medina
062 91-278
@ ICE.

DATED: 5/27/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                Deputy Clerk