# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs MARISA DALILAH TORRES                             No. 08CR1716-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __6/12/08__ and ended on __9/2/08__ ; ( )
_____ and ended on _____ . ( )

3161(h)

| Code | | Description | Ref |
|---|---|---|---|
| ___ (1)(A) | | Exam or hrg for **mental or physical incapacity** | A |
| ___ (1)(B) | | **NARA** examination (28:2902) | B |
| ___ (1)(D) | | State or Federal trials or **other charges pending** | C |
| ___ (1)(E) | | **Interlocutory appeals** | D |
| ___ (1)(F) | | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___ (1)(G) | | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| ___ (1)(J) | | **Proceedings under advisement** not to exceed thirty days | G |
| ___ | | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___ (1)(H) | | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___ (1)(I) | | Consideration by Court of **proposed plea agreement** | 7 |
| ___ (2) | | **Prosecution deferred** by mutual agreement | I |
| ___ (3)(A)(B) | | **Unavailability of defendant** or **essential witness** | M |
| ___ (4) | | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___ (5) | | Period of **NARA commitment or treatment** | O |
| ___ (6) | | **Superseding indictment** and/or new charges | P |
| ___ (7) | | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| ___ (8)(A)(B) | | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___ (8)(B)(I) | | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) | T1 |
| _X_ | | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | |
| ___ (8)(B)(ii) | | 2) Case unusual or **complex** | T2 |
| ___ (8)(B)(iii) | | 3) Indictment following arrest **cannot be filed** in thirty (30) days | T3 |
| ___ (8)(B)(iv) | | 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 |
| ___ 3161(I) | | Time up to **withdrawal of guilty plea** | U |
| ___ 3161(b) | | Grand jury indictment time extended thirty (30) more days | W |

Date __6/12/08__                                    __JMA__
                                              Judge's Initials